IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| **DOCTORS NURSING AND REHABILITATION CENTER, LLC, et al.,** | * | |
| **PLAINTIFFS,** | * | **Honorable Judge Bucklo** |
| v. | * | |
| **FELICIA F. NORWOOD, in her official Capacity as the Director of the Illinois Department of Healthcare and Family Services,** | * | **Case: 16-cv-09837** |
| **DEFENDANT.** | * | |
| **& RELATED CASES,** | * | |
| v. | * | |
| **FELICIA F. NORWOOD, in her official Capacity as the Director of the Illinois Department of Healthcare and Family Services,** | * | |

## NOTICE OF MOTION

On February 7, 2018 at 9:30 a.m., or as soon thereafter as counsel may be heard, I shall appear before Judge Bucklo, or any judge sitting in her stead, in the courtroom usually occupied by her in Room 2243 at 219 South Dearborn Street, Chicago, Illinois, 60604, and present Plaintiffs' Unopposed Motion to Transfer Based on Relatedness, a copy of which is attached and hereby served upon you.

Respectfully submitted,

/s/ Katie Z. Van Lake
Katie Z. Van Lake
Sb2, Inc.
1426 N. 3rd St. Suite 200
Harrisburg, PA 17102
Phone: 516-509-1289
Fax: 717-909-5925
kvanlake@sb2inc.com
*Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

      I hereby certify that I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and served a copy of same by CM/ECF on all parties of record on this 26th day of January 2018.

/s/ Katie Z. Van Lake